19th JDC - Certified

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SPRAWLIN MARVIN            CIVIL ACTION

VERSUS

AMERICAN EXPORT LINES      NO.: 3:14-cv-00316-BAJ-SCR
INC., ET AL.

## RULING AND ORDER

Before the Court is Plaintiff's **MOTION TO REMAND (Doc. 18).** The Magistrate Judge has issued a **REPORT (Doc. 23)** recommending that Plaintiff's Motion be granted, and that Plaintiff's cause of action be remanded to the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, (*id.* at p. 10). Defendants do not object to the Magistrate Judge's Report.

Having independently considered Plaintiff's Motion to Remand (Doc. 18) and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 23),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **MOTION TO REMAND (Doc. 18)** is **GRANTED** for the reasons explained in the Magistrate Judge's Report (Doc. 23).

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Nineteenth Judicial District Court, Parish of East Baton Rouge, Louisiana.

Baton Rouge, Louisiana, this 30th day of September, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**